IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DANETTE BERNINGER : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00490 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| UNIVERSITY OF CINCINNATI : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Defendant's Motion for Summary Judgment (doc. 10) is GRANTED and this case is DISMISSED.

2/8/06                                                James Bonini, Clerk


                                                      s/Kevin Moser
                                                      Kevin Moser
                                                      Deputy Clerk